**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

     - against -               **22-cr-458 (JGK)**

**JEREMIAH PEREZ,**                  ORDER

                **Defendant.**

**JOHN G. KOELTL, District Judge:**

    The next conference is scheduled for **December 6, 2022 at 4:30 p.m.**

    Because a continuance is needed to assure the effective assistance of counsel, to allow the Government to make discovery, and to allow the defendant to review that discovery and to decide what motions, if any, the defendant intends to make, the Court prospectively excludes the time from today, **September 15, 2022,** until **December 6, 2022** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    **New York, New York**
           **September 15, 2022**

                                  John G. Koeltl
                         United States District Judge