March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Jeremiah Perez ,

    Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR- 458    ) (    )

Defendant _Jeremiah Perez_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

\_\_\_ Plea/Trial/Sentence

/s/ Jeremiah Perez
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jeremiah Perez
_____
Print Defendant's Name

*Jonathan Marvinny*
_____
Defense Counsel's Signature

Jonathan Marvinny
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

9/15/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge