# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 22, 2022

By ECF

Honorable John G. Koeltl
United States District Judge
Southern District of New York

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/22/22

Re: *United States v. Jeremiah Perez*, 22 Cr. 458 (JGK)

Dear Judge Koeltl:

I write to respectfully request that the Court modify Jeremiah Perez's bond conditions to permit him to travel to his grandmother's house for Thanksgiving dinner this Thursday from 6:00 to 11:00 p.m. The Government consents to this request. Pretrial Services opposes, informing counsel that "[a]s a matter of general policy not specific to Mr. Perez, Pretrial Services opposes all leave requests for social activities for defendants on home detention."

As background, Mr. Perez is indicted on narcotics offenses and is released on a set of bond conditions including, as relevant, home detention with electronic monitoring. He has been compliant with all bond conditions. Mr. Perez's grandmother lives in Manhattan at an address he will provide to Pretrial Services if his request is granted.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: AUSA Sarah Mortazavi
Jonathan Lettieri, Pretrial Services