```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   22 Cr. 458-1 (JGK)
     -against-                       :
                                     :   ORDER
                                     :
Jeremiah Perez                       :
                                     :
          Defendant                  :
                                     :
-------------------------------------X
```

JOHN G. KOELTL, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to:

- Allow the defendant to attend inpatient substance abuse treatment;

- Extend his travel limitations to include the District of New Jersey for the limited purpose of this treatment; and

- Suspend his home detention and location monitoring conditions for the program's duration.

Dated: New York, New York
       May __, 2023

                                          SO ORDERED:

                                          _____
                                          JOHN G. KOELTL
                                          United States District Judge