UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                      22 cr 458 (JGK)

         -against-

                    **ORDER OF REMAND**

JEREMIAH PEREZ,
              Defendant.
-------------------------------------------------------------X

      For the reasons stated, today, the defendant, Jeremiah Perez, having pleaded guilty to the

indictment, is hereby ordered remanded to the custody of the Bureau of Prisons and United States

Marshal, pending sentence.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
     July 27, 2023