UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

JEREMIAH PEREZ,

           Defendants.

22-cr-458 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The revised schedule is as follows: The defendant's submissions are due **March 14, 2024**. The Government's submissions are due **March 20, 2024**. Sentencing is adjourned to Thursday, **March 28, 2024**, at 11:30 a.m.

SO ORDERED.

Dated:    New York, New York
           January 12, 2024

                                      John G. Koeltl
                                 United States District Judge