UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

— against —

JEREMIAH PEREZ,

          Defendants.

---

22-cr-458 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court will hold a conference on **March 28, 2024**, rather than a sentencing proceeding. The purpose of the conference is to discuss, among other things, whether a Fatico hearing is necessary and, if so, on what issues.

SO ORDERED.

Dated:    New York, New York
           March 25, 2024

                                              John G. Koeltl
                                       United States District Judge