UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JEREMIAH PEREZ,

                Defendants.

22-cr-458 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at the conference held on March 28, 2024, The Government may file a letter by **April 3, 2024**, regarding the issues raised at the conference. The defendant may reply by **April 5, 2024.**

Sentencing is scheduled for **May 7, 2024** at **2:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            March 28, 2024

                                                John G. Koeltl
                                         United States District Judge