UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                                     22 cr 458 (JGK)

JEREMIAH PEREZ,                                                **ORDER**
                           Defendant.
------------------------------------------------------------X

The defendant shall submit any reply by **Wednesday, May 8, 2024.**

Sentencing is adjourned to **Wednesday, May 15, 2024, at 12:00pm.**

**SO ORDERED.**

                                                       JOHN G. KOELTL
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         May 6, 2024